**ATKINS v. KELLY SPRINGFIELD TIRE CO.**

[358 N.C. 540 (2004)]

DIANE ATKINS, Employee v. KELLY SPRINGFIELD TIRE COMPANY, Employer,
TRAVELERS INSURANCE COMPANY, Carrier

No. 10PA03

(Filed 25 June 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 154 N.C. App. 512, 571 S.E.2d 865 (2002), reversing an opinion and award entered by the North Carolina Industrial Commission on 4 October 2001 and remanding for further proceedings. Heard in the Supreme Court 13 October 2003.

*Law Offices of Kathleen G. Sumner, by Kathleen G. Sumner; and Jay A. Gervasi, Jr., for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by Jonathan C. Anders and Jaye E. Bingham, for defendant-appellants.*

*Hedrick, Eatman, Gardner & Kincheloe, L.L.P., by M. Duane Jones, on behalf of the North Carolina Association of Defense Attorneys, amicus curiae.*

*Teague, Campbell, Dennis & Gorham, L.L.P., by Linda Stephens, Bruce A. Hamilton, and Season D. Atkinson, on behalf of the North Carolina Association of Self-Insurers, amicus curiae.*

*Mark T. Sumwalt, P.A., by Vernon Sumwalt, on behalf of The North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.